```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF IOWA
                         EASTERN DIVISION


THELMA M ANEWEER,                     )
                                      )     CASE NO. C05-2062JAJ
         Plaintiff,                   )
                                      )
              vs.                     )     *JUDGMENT IN A CIVIL CASE*
                                      )
JO ANNE B BARNHART,                   )
Commissioner of Social Security,      )
                                      )
         Defendant.                   )
```

This matter came before the Court and

    IT IS ORDERED AND ADJUDGED THAT

The determination of the ALJ is affirmed and this matter is dismissed.

    DATED:    September 18, 2006

                          <u>Pridgen J Watkins - Clerk</u>

                          BY: s/KFS
                          Deputy Clerk